# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERIBERTO CONTRERAS, | ) | 1:11-cv-01904-LJO MJS HC |
| Petitioner, | ) | |
| | ) | ORDER DECLINING POST-JUDGMENT |
| v. | ) | MOTIONS AS MOOT |
| ON HABEAS CORPUS, | ) | [Docs. 15, 19] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 19, 2012, this Court adopted the Findings and Recommendation of the Magistrate Judge and dismissed the petition. (Order, ECF No. 13.) Accordingly, the petition was denied and judgment entered the same day. (ECF No. 14.) In the March 19, 2012 order, this court declined to issue a certificate of appealability. (Order.)

On April 4, 2012, Petitioner filed a motion for non-receipt of motion, and on May 4, 2012 Petitioner filed a motion seeking relief from the time to appeal and to apply for a certificate of appealability. (ECF Nos. 15, 19.) Petitioner's case is closed and Petitioner has already filed an appeal with the United States Court of Appeal for the Ninth Circuit. Petitioner does not appear to be challenging the findings of the district court, but instead seeks relief from his late receipt of the court order.

1  Furthermore, the court has already declined to issue a certificate of appealability.

2  As the matter before the district court is closed, Petitioner's motions are denied as MOOT.

4  IT IS SO ORDERED.

5  **Dated:   June 18, 2012**               **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE